# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lange, Roberto A. | District of South Dakota | 10/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Suite 413
225 S. Pierre Street
Pierre, SD 57501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Eastman Lange LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 10/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 10/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Lange LLC | | None | L | W | | | | | |
| 2. New York Life universal policy from 1992 | A | Dividend | K | T | | | | | |
| 3. New York Life universal policy from 1995 | A | Dividend | K | T | | | | | |
| 4. First Bank & Trust account | A | Interest | K | T | | | | | |
| 5. Merrill Lynch IRA brokerage account | | | | | | | | | |
| 6. --American Century (ACITX) | | Dividend | | | Sold | 01/08/14 | J | D | |
| 7. --BlackRock Eq Div (MADVX) | C | Dividend | L | T | Buy (add'l) | 03/25/14 | J | | |
| 8. ----(MADVX continued) | | | | | Buy (add'l) | 07/21/14 | J | | |
| 9. ----(MADVX continued) | | | | | Sold (part) | 10/14/14 | J | A | |
| 10. ----(MADVX continued) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 11. --Cohen & Steers Realty (CSRSX) | | Dividend | | | Sold | 01/08/14 | K | E | |
| 12. --Dreyfus Appreciation (DGAGX) | B | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 13. --Lazard Emerging (LZEMX) | A | Dividend | J | T | Sold (part) | 03/25/14 | J | A | |
| 14. ----(LXEMX continued) | | | | | Sold (part) | 06/20/14 | J | A | |
| 15. ----(LXEMX continued) | | | | | Buy (add'l) | 12/24/14 | J | | |
| 16. --Mainstay Lg Cap (MLAIX) | C | Dividend | L | T | Sold (part) | 01/08/14 | J | C | |
| 17. ----(MLAIX continued) | | | | | Sold (part) | 06/20/14 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----(MLAIX continued) | | | | | Buy (add'l) | 12/05/14 | J | | |
| 19. --MFS Bond (MRBIX) | A | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | |
| 20. ----(MRBIX continued) | | | | | Buy (add'l) | 06/02/14 | J | | |
| 21. ----(MRBIX continued) | | | | | Buy (add'l) | 06/20/14 | J | | |
| 22. ----(MRBIX continued) | | | | | Buy (add'l) | 12/31/14 | J | | |
| 23. --Neuberger High Inc (NHILX) | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 24. ----(NHILX continued) | | | | | Buy (add'l) | 12/31/14 | J | | |
| 25. --Oppenheimer Rising Div Y (OYRDX) | C | Dividend | K | T | Sold (part) | 01/08/14 | J | A | |
| 26. ----(OYRDX continued) | | | | | Buy (add'l) | 03/24/14 | J | | |
| 27. ----(OYRDX continued) | | | | | Sold (part) | 03/25/14 | J | B | |
| 28. ----(OYRDX continued) | | | | | Buy (add'l) | 12/05/14 | J | | |
| 29. --Principal Preferred SEC (PPSPX) | | Dividend | | | Sold | 01/08/14 | J | D | |
| 30. --TCW Total Return (TGLMX) | A | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | |
| 31. ----(TGLMX continued) | | | | | Buy (add'l) | 12/31/14 | J | | |
| 32. --MFS Emerging Markets (MEDIX) | A | Dividend | | | Sold | 01/08/14 | J | D | |
| 33. --Oakmark Internat'l Fund (OAKIX) | C | Dividend | L | T | Buy | 01/08/14 | J | | |
| 34. ----(OAKIX continued) | | | | | Buy (add'l) | 03/25/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 10/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----(OAKIX continued) | | | | | Buy (add'l) | 12/22/14 | J | | |
| 36. --John Hancock VF Class (JCVIX) | A | Dividend | L | T | Buy (add'l) | 01/08/14 | J | | |
| 37. ----(JCVIX continued) | | | | | Buy (add'l) | 12/18/14 | J | | |
| 38. --Leg Mason ClearBridge Sm Cap (SBYPX) | A | Dividend | J | T | Sold (part) | 01/08/14 | J | A | |
| 39. ----(SBYPX continued) | | | | | Buy (add'l) | 12/12/14 | J | | |
| 40. --Victory Small Co Opp (VSOYX) | B | Dividend | J | T | Buy | 01/08/14 | J | | |
| 41. ----(VSOYX continued) | | | | | Sold (part) | 03/25/14 | J | A | |
| 42. ----(VSOYX continued) | | | | | Buy (add'l) | 12/31/14 | J | | |
| 43. --Pimco Total Return (PTTPX) | B | Dividend | K | T | Buy | 01/08/14 | K | | |
| 44. ----(PTTPX continued) | | | | | Buy (add'l) | 12/31/14 | J | | |
| 45. --Oppenheimer Senior Class C (OOSCX) | B | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 46. --Loomis Sayles Strategic (NECZX) | C | Dividend | K | T | Buy | 12/18/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 10/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line items 5 through 44 of Part VII are part of one Merrill Lynch account that is an Individual Retirement Account ("IRA"). That IRA account was opened in late 2009 and funded at the inception of 2010 with monies from liquidation of Judge Lange's 401(k) account from his previous employment with Davenport Evans Hurwitz & Smith LLP ("DEHS"). An effort has been made to simplify investments in this account so as to simplify this annual disclosure. The investment listed on line 32 had a small dividend in 2014 before it was sold in full.

Judge Lange previously disclosed the 529 college savings plans in existence since 2004 for the benefit of Judge Lange's          Judge Lange has no investment control over his children's 529 Plans. He serves as neither the custodian nor account owner. These were listed out of an abundance of caution and in favor of full disclosure. On September 9, 2015, the Judicial Conference of the United States Committee on Financial Disclosure requested that the report be amended as the disclosure left it unclear whether the 529 Plans are reportable. The 529 Plans accordingly are no longer being listed as they appear to be unnecessary to report under the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 10/02/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberto A. Lange**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544